IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| DEMON VICTORELL SLATER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:16-CV-134-WHA |
| | ) | |
| PATRICE RICHIE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

This case is before the court on the Recommendation of the Magistrate Judge entered on March 30, 2017 (Doc. #52). There being no timely objection to the Recommendation, and after an independent review of the file, it is

ORDERED that:

1. The Recommendation of the Magistrate Judge is ADOPTED

2. This case is DISMISSED without prejudice as the Plaintiff's claims for relief are moot.

Final Judgment will be entered separately.

DONE this 20th day of April, 2017.

                                           /s/ W. Harold Albritton
                                      SENIOR UNITED STATES DISTRICT JUDGE